UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT LYNN VAUGHN,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY PROSPER, WARDEN,<br><br>    Respondent. | NO. CV 07-6833 PSG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 2, 2011

                                              PHILIP S. GUTIERREZ
                                              United States District Judge